UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY M. CHIECHI,

                Plaintiff,

            -v-

CATHOLIC HEALTH OF LONG ISLAND,

                Defendant.

22 CV 10937 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On January 4, 2023, the Court ordered the Plaintiff to file a letter with the Court by January 25, 2023, showing cause why this action should not be transferred to the Eastern District of New York, where the Plaintiff and Defendant reside and where the actions giving rise to the Plaintiff's alleged grievance occurred. The Court has received no response. Therefore, this action is hereby transferred to the Eastern District of New York.

    The Clerk of Court is directed to mail a copy of this order to the *pro se* plaintiff and transfer this case to the Eastern District of New York.

    SO ORDERED.

Dated: April 18, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge